UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **SHARIKA JANUARY** | : | **DOCKET NO. 16-cv-1751** |
| **VERSUS** | : | **JUDGE MINALDI** |
| **DIPTI ZAVER** | : | **MAGISTRATE JUDGE KAY** |

### REPORT AND RECOMMENDATION

Before the court is a *pro se* civil rights complaint under Section 706 of Title VII of the Civil Rights Act of 1964, filed *in forma pauperis* by plaintiff Sharika January ("January"). Doc. 1. This matter has been referred to the undersigned for review, report, and recommendation in accordance with the provisions of 28 U.S.C. § 636 and the standing orders of the Court.

In a Memorandum Order [doc. 5] issued on January 19, 2017, this court ordered the plaintiff to amend her complaint within 30 days to provide more information in support of her allegations. She was warned then that failure to comply would result in a recommendation that her suit be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim on which relief may be granted. The plaintiff has not responded to that order and the time for doing so has passed. Accordingly, it is recommended that her complaint be dismissed with prejudice for the reasons outlined in the preceding Memorandum Order [doc. 5].

**Under the provisions of 28 U.S.C. § 636(b)(1)(C) and Rule 72(b), parties aggrieved by this recommendation have fourteen (14) days from service of this report and recommendation to file specific, written objections with the Clerk of Court. A party may**

**respond to another party's objections within fourteen (14) days after being served with a copy of any objections or response to the District Judge at the time of filing.**

**Failure to file written objections to the proposed factual findings and/or the proposed legal conclusions reflected in this Report and Recommendation within fourteen (14) days following the date of its service, or within the time frame authorized by Federal Rule of Civil Procedure 6(b), shall bar an aggrieved party from attacking either the factual findings or the legal conclusions accepted by the District Court, except upon grounds of plain error.** *See Douglass v. United Services Automobile Association*, 79 F.3d 1415 (5th Cir. 1996).

THUS DONE this 4th day of April, 2017.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE