U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAY 3 1 2017

TONY R. MOORE CLERK
BY _____
               DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **SHARIKA JANUARY** | : | **DOCKET NO. 16-cv-1751** |
| **VERSUS** | : | **JUDGE JAMES T. TRIMBLE, JR.** |
| **DIPTI ZAVER** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of any objections to the Report and Recommendation;

**IT IS ORDERED** that the complaint be and hereby is **DISMISSED WITH PREJUDICE** for the reasons outlined in the preceding Memorandum Order [doc. 5].

**THUS DONE** this 31st day of May, 2017.

_____
**JAMES T. TRIMBLE, JR.**
**UNITED STATES DISTRICT JUDGE**